IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DARON DWANE HOWARD,        )
 AIS # 159809,                            )
                                              )
          Plaintiff,                      )
                                              )          CASE NO. 2:20-CV-724-RAH
          v.                                )
                                              )
SOUTHERN HEALTH              )
PARTNERS, *et al.*,                   )
                                              )
          Defendants.                   )

## ORDER

On July 18, 2023, the Magistrate Judge recommended summary judgment should be granted and this case be dismissed with prejudice.  On August 3, 2023, Plaintiff Daron Dwane Howard filed Objections (Doc. 130) to the Report and Recommendation of the Magistrate Judge (Doc. 129).  The Court has conducted an independent and *de novo* review of those portions of the Recommendation to which objection is made.  *See* 28 U.S.C. § 636(b).  Upon this court's review and consideration of the arguments set forth in the Objections, the Court agrees with the Magistrate Judge's findings and analysis.

Accordingly, it is ORDERED as follows:

1. The Objections (Doc. 130) are **OVERRULED**.

2. The Recommendation (Doc. 129) is **ADOPTED**.

3.  The Defendants' Motions for Summary Judgment (Docs. 59, 60, 69, 82, and

    102) be **GRANTED** in favor of the defendants.

4.  This case be **DISMISSED** with prejudice.

**DONE**, on this the 28th day of August 2023.

_____

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE